JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANA VILLEGAS,<br><br>              Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, ET AL,<br><br>              Defendants. | Case No. 2:21-CV-04905-RGK (PDx)<br><br>Judge: Hon. R. Gary Klausner<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE [46]<br><br>State Court Action Filed: May 18, 2021<br>Action Filed: June 16, 2021<br>Trial Date: February 20, 2024 |

On January 31, 2024, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Defendants TARGET CORPORATION and KELLERMEYER BERGENSONS SERVICES, LLC, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**

Dated:  1/31/2024

_____
UNITED STATES DISTRICT JUDGE